# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00105-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MAXIMILIANO GABRIEL QUERIAPA, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Queriapa, No. 21-4296 (4th Cir. Feb. 21, 2023).

**IT IS, THEREFORE, ORDERED** as follows:

(1) The Clerk's Office shall schedule this matter for resentencing during the May 2023 sentencing term;

(2) The United States Marshal shall have the Defendant present in the Western District of North Carolina before the commencement of the May 2023 sentencing term; and

(3) The Federal Public Defender for the Western District of North Carolina is hereby appointed to represent the Defendant in connection with the resentencing.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: March 20, 2023

Martin Reidinger
Chief United States District Judge